J. M. GUTTERY, Appellant,

v.

The STATE of Texas, Appellee.

No. 38909.

Court of Criminal Appeals of Texas.

Jan. 12, 1966.

No attorney of record on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Presiding Judge.

The conviction is for driving a motor vehicle upon a public highway while intoxicated; the punishment, a fine of $50 and three days in jail.

The record reveals that the term of court during which appellant was convicted be-gan on May 3, 1965, and terminated on July 31, 1965. Having given notice of appeal, appellant filed an appeal bond on June 7, 1965.

An appeal bond entered into during the term of court at which notice of appeal is given does not comply with Article 830, Vernon's Ann.C.C.P., and does not confer jurisdiction upon this Court to enter any order other than to dismiss the appeal. Deming v. State, 167 Tex.Cr.R. 592, 322 S.W.2d 543; McCombs v. State, 165 Tex. Cr.R. 401, 307 S.W.2d 954.

The appeal is dismissed.